**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-8105**

_____

In Re: RICHARD L. BAST,

                                        Petitioner.

_____

On Petition for Writ of Mandamus.  (CA-95-531-A)

_____

Submitted:  February 7, 1996        Decided:  February 29, 1996

_____

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Richard L. Bast, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard L. Bast filed this petition for a writ of mandamus asking the court to rescind the district court's order imposing sanctions against him. However, mandamus is not a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Because Bast may challenge the sanction order by way of an appeal, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court an argument would not aid the decisional process.

PETITION DENIED